

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-15-00478-CV

**MOHICAN OIL & GAS, LLC** and MOG Producing, LP,
Appellants

v.

**CONOCOPHILLIPS COMPANY**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-000390-D1
Honorable Jose A. Lopez, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 23, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Eric Stewart
     615 N. Upper Broadway, Suite 2000
     Corpus Christi, TX 78401-0781

     Darin Lee Brooks
     Gray Reed & McGraw, P.C.
     1300 Post Oak Blvd., Ste. 2000
     Houston, TX 77056-3014